IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENTREE PROPERTIES CORPORATION, and RANLUD ASSOCIATES, LLC,<br>Plaintiff, | : : : : : | CIVIL ACTION |
| v. | : : | No. 20-4646 |
| ASPEN SPECIALTY INSURANCE COMPANY,<br>Defendant. | : : : | |

**ORDER**

AND NOW, on June 11, 2021, in accordance with the accompanying Opinion, it is ORDERED:

1. Plaintiffs' Motion for Partial Summary Judgment on Insurable Interest (doc. 13) is GRANTED.

2. Plaintiffs' Motion for Partial Summary Judgment on Bad Faith (doc. 32) is DENIED.

3. Defendant Aspen Specialty Insurance Company's Motion for Partial Summary Judgment (doc. 33) is GRANTED. Plaintiffs' bad faith claim in Count II of the Complaint is dismissed with prejudice.

4. The parties shall contact my chambers by June 17, 2021 to schedule a status conference.

BY THE COURT:

/s/ Timothy R. Rice

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE